11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Alexander Nicholas Tenorio,          * From the 238th District
                                       Court of Midland County,
                                       Trial Court No. CR39848.

Vs. No. 11-13-00210-CR               * August 8, 2013

The State of Texas,                  * Per Curiam Memorandum Opinion
                                       (Panel consists of: Wright, C.J.,
                                       McCall, J., and Willson, J.)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.  Therefore, in accordance with this court's opinion, the appeal is dismissed.